UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:13-CR-00015 |
|---|---|---|
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| KENNETH JOHNSON JR. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL AND PRETRIAL

**NOW INTO COURT**, comes defendant herein, Kenneth Johnson Jr. who, through undersigned counsel, respectfully submits the following in support of its motion.

I.

The trial in the above captioned matter is scheduled for March 31, 2014. The pretrial in the above captioned matter is scheduled for March 18, 2014.

II.

Subsection (c)(1) of Title 18, United States Code, Section 3161 (the Speedy Trial Act) provides that a trial shall begin within 70 days of the date a defendant has first appeared before a judicial officer in the district in which such charge is pending. The Speedy Trial Act also provides that any period of *delay* resulting from a continuance granted by a judge: (1) on his own motion; (2) at the request of a defendant or his/her counsel; or (3) at the request of the attorney for the government shall be excluded in computing the time within which the trial of any such offense must begin if the judge granted such continuance on the basis of findings that the ends of justice served by taking such action outweigh the best interest of the public and a defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Title 18, United States Code, Section 3161(h)(7)(B) sets out a list of factors which the court *shall consider in* determining whether to grant the continuance based on the ends of justice.

One factor is whether the failure to grant a request for continuance would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i). In the instant case, the government has informed the defendant that a superseding indictment adding at least one new charge, and potentially another defendant, is imminent. As such, the defense is seeking time to prepare for the anticipated charges. Of course, if another defendant is charged, that may change the schedule yet again.

Counsel for Mr. Johnson has spoken with Assistant United States Attorney, Spiro Latsis, who has no objection to the continuance at this time.

III.

The best interest of justice would be served by the continuance of this trial. The interests so served would outweigh the interests of the defendant and the public in a speedy trial. Title 18, United States Code, Section 3161 (h)(7)(A).

**WHEREFORE,** Counsel for the above named defendant respectfully requests that the trial in the above captioned matter be continued to a time convenient to this Court.

This 12th day of March, 2014.

Respectfully Submitted,

/s/ R. Gary Spencer
R. Gary Spencer, Esq.
Admitted Pro Hac Vice
R. GARY SPENCER, P.C.
325 EDGEWOOD AVENUE SE
ATLANTA, GA 30312
404-549-8782
888-572-1831 (FAX)

/s/ Jason Rogers Williams
JASON ROGERS WILIAMS, No. 25539
NANDI F. CAMPBELL, No. 31648
Jason Rogers Williams & Associates
607 St. Charles Ave., Ste. 300
New Orleans, Louisiana 70130
(504) 585-1413
(504) 581-5588 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2014, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by U.S. Mail and/or electronic service by operation of the court's electronic filing system.

/s/ R. Gary Spencer
R. Gary Spencer, Esq.